# UNITED STATES COURT OF INTERNATIONAL TRADE

----------------------------------------------------------------------X

RETRACTABLE TECHNOLOGIES, INC.,

                                 Plaintiff,

                                 v.

UNITED STATES OF AMERICA;
OFFICE OF THE UNITED STATES TRADE
REPRESENTATIVE;
KATHERINE TAI TRADE REPRESENTATIVE;
UNITED STATES CUSTOMS & BORDER
PROTECTION; TROY MILLER, in his capacity as
Senior Official Performing the Duties of
Commissioner, U.S. Customs & Border Protection,

                                 Defendants.

----------------------------------------------------------------------X

Civil No. 24-00185

**DECLARATION OF
JOHN W. FORT III**

 

John W. Fort III declares as follows pursuant to 28 U.S.C. § 1746:

1.      I am Vice President, Treasurer, Chief Financial Officer, and a member of the Board of Directors of Retractable Technologies, Inc. ("Retractable"), the Plaintiff in this matter.

2.      This declaration is based on personal knowledge and document review. It is true and accurate to the best of my knowledge and recollection.

## A. My Education and Professional Background

3.      I hold a Bachelor of Business Administration in Accounting from Tarleton State University.

4.      I joined Retractable in March 2000 as a Financial Analyst.

5.      I served as Director of Accounting from October 2002 until April 1, 2019.

6.  My primary responsibilities as Director of Accounting included managing day-to-day operations of the Accounting and Finance Department, coordinating annual audits and interim reviews by independent accountants, and overseeing cost accounting and forecasting functions.

7.  On April 1, 2019, the Board of Directors appointed me as Vice President, Treasurer, Chief Financial Officer, and Board member of Retractable.

8.  I am currently responsible for Retractable's finance, accounting, investor relations, information technology, risk management, and forecasting functions.

**B. Proposed Tariffs Unfairly Threaten Already Fragile Market Position**

9.  Retractable struggles to maintain more than a small market share in the syringe and needle market despite innovating lifesaving syringe technology, receiving numerous government grants and public funding, and being a critical component of the U.S. government's response to public health crises.

10. Consequently, banks and commercial lenders have been reluctant to extend loans or equity investments to support Retractable Little Elm, Texas operations.

11. To maintain any market presence, Retractable needed to cut supply chain costs and currently relies on Chinese supply partners to provide its innovative syringes to American patients.

**C. Proposed Tariffs Will Be Devastating Beyond Repair for Retractable Technologies**

12. The United States Trade Representative ("USTR") has directed a one hundred percent tariff on Chinese-imported needles and syringes beginning September 27, 2024.

13. This tariff will be financially catastrophic for Retractable.

14. For the first half of 2024, our net revenues were $13.6 million with operating losses of $8.7 million.

15. During this period, 91% of our products were sourced from China.

16. Retractable cannot feasibly build an alternate supply chain in a matter of days.

17. The new tariffs will considerably increase our product costs, leading to even greater economic losses.

### D. **Immediate Tariffs Will Disrupt the Supply Chain and Force Us to Operate at a Loss**

18. In October, Retractable expects to receive a shipment of syringes and needles from China with a cost value of approximately $522,700.

19. Retractable could sell these profitably without the tariff, even at competitive pricing.

20. However, if subject to a 100% tariff, Retractable may be forced to sell them at a loss.

21. The negative cash flow impact of the 100% tariff on these syringes and needles and planned orders arriving in November and December will impair Retractable's ability to invest in marketing and sales activities and cover operating expenses.

22. Retractable lacks the tools and machines to manufacture its entire product line in the United States.

23. Without tariff relief, Retractable will struggle to serve its healthcare provider customers effectively.

24. This will create a supply crisis as Retractable will be unable to supply syringes and needles to its customers.

25. No anticipated rise in demand will offset the tariff's adverse effects.

26. This complicates Retractable's competitive position in 2024 and beyond.

27.     Alternatively, Retractable can import and sell the syringes and needles at a loss, but this will likely force us to lay off many American employees, sending the company into a death spiral.

28.     Retractable currently employs approximately 180 people in the United States and has created thousands of high-paying jobs for Americans since its founding.

29.     The outlook is bleak, and Retractable's stock price has dropped from $1.12 on May 14, 2024, to a five-year low of $0.71 on September 20, 2024-a 36.6% drop-as the market recognizes the tariff's likely catastrophic impact.

**E.  We Are Transitioning to U.S. Manufacturing, But Need Time**

30.     In collaboration with the U.S. Government and the American people, Retractable has expanded its Little Elm, Texas plant to reduce U.S. reliance on foreign production.

31.     However, Retractable will require months to ramp-up domestic manufacturing molds and assembly machines to commercially viable levels. We will also need to hire additional personnel to offset foreign-manufactured products with those made in the U.S.

32.     It will take well into 2025 for Retractable to develop a domestic manufacturing operation that can provide a viable supply chain alternative to its current relationships with Chinese manufacturers.

**F.  Without Relief, Retractable Technologies Cannot Survive These Tariffs**

33.     Retractable cannot accomplish this supply chain adaptation in time to comply with the one hundred percent tariff in 2024 and will suffer severe economic repercussions unless the tariff imposition is enjoined.

I declare under penalty of perjury that the above is true and correct.


Executed on this 25 day of September 2024

John W. Fort III