UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| **RETRACTABLE TECHNOLOGIES, INC.,**<br><br>　　　**Plaintiff,**<br>v.<br><br>**UNITED STATES ET AL.,**<br><br>　　　**Defendant.** | **Before: Claire R. Kelly, Judge**<br><br>**Court No. 24-00185** |

## ORDER

On September 27, 2024, the Court met via teleconference to discuss Retractable Technologies, Inc.'s ("Plaintiff") motion for a temporary restraining order ("TRO") and preliminary injunction ("PI") (collectively "the motion" or "Plaintiff's motion"). See generally [Pl. Mot.] Sept. 26, 2024, ECF No. 5. In addition to requesting injunctive relief, Plaintiff requests that the Court suspend liquidation of its entries pending resolution of this matter. Pl. Mot. at 25 n.5.

Therefore, it is

**ORDERED** that the United States et al. ("Defendant") file its response to Plaintiff's motion no later than 5 p.m. on Friday, October 11, 2024; and it is further

**ORDERED** that an evidentiary hearing will be held on Wednesday, October 16, 2024, at 9 a.m., in person, in Courtroom 1 of the United States Court of International Trade, One Federal Plaza, New York, NY; and it is further

**ORDERED** that the parties submit a list of witnesses and the subject of their testimony as well as any exhibits the parties may use no later than 5 p.m. on Wednesday, October 9, 2024; and it is further

**ORDERED** that the Defendant be prepared to discuss whether the government would agree to suspension of liquidation for the relevant entries.

/s/ Claire R. Kelly
Claire R. Kelly, Judge

Dated:   October 1, 2024
         New York, New York