UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: CLAIRE R. KELLY

------------------------------------------------------------------X

RETRACTABLE TECHNOLOGIES, INC.,

                                           Plaintiff,

                                                v.

**Court No. 24-00185**

UNITED STATES OF AMERICA;
OFFICE OF THE UNITED STATES TRADE
REPRESENTATIVE; KATHERINE TAI TRADE
REPRESENTATIVE; UNITED STATES CUSTOMS
& BORDER PROTECTION; TROY MILLER, in his
capacity as Senior Official Performing the Duties of
Commissioner, U.S. Customs & Border Protection,

                                           Defendants.

------------------------------------------------------------------X

**PROPOSED WITNESS LIST, SUMMARY OF TESTIMONY, AND EXHIBITS**

Plaintiff Retractable Technologies, Inc. hereby submits this list of witnesses, summaries of testimony, and proposed hearing exhibits pursuant to the Court's October 1, 2024, Order that the parties submit a list of witnesses and the subject of their testimony as well as any exhibits the parties may use no later than 5 p.m. on Wednesday, October 9, 2024:

**Witness List**

1. Thomas J. Shaw; Founder and CEO, Retractable Technologies, Inc.

2. John W. Fort, III; Vice President, Treasurer, Chief Financial Officer, and a member of the Board of Directors of Retractable Technologies, Inc.

3. Woot Lervisit; project manager, Retractable Technologies, Inc.

4. Michele Larios, General Counsel, Retractable Technologies, Inc.

5. Any declarant.

**Anticipated Testimony**

6. We anticipate that Thomas Shaw, the Founder and CEO of Retractable will testify about the following topics: Retractable's development of safety syringes and needles to prevent accidental needlestick injuries; Retractable's efforts to compete in the medical device market against larger manufacturers; Retractable's manufacturing capabilities, and its role in supplying syringes during the COVID-19 pandemic; Retractable's partnership with a Chinese manufacturer to serve the domestic syringe market; the impact of the challenged tariff on Retractable's insulin syringe sales and its undertakings pursuant to Federal funding to produce low dead space safety syringes for mass inoculation during a pandemic event; timelines for validating machines for domestic manufacturing; and the challenges and timeframe involved in onshoring manufacturing and transitioning away from a Chinese supplier.

7. We anticipate that John W. Fort III, the Vice President, Treasurer, and Chief Financial Officer of Retractable Technologies, Inc., will testify about the following topics: the impact of tariffs on Retractable's current and expected syringe purchase orders; the impact of tariffs on Retractable's immediate ability to supply customers; the impact on COVID 19 on Retractable's finances; Retractable's efforts to expand domestic manufacturing capabilities in Little Elm, Texas, economic consequences Retractable faces in a tariff environment, including possible loss of customers, supply chain disruption, layoffs, competitive harm, and the like.

8. We anticipate that Woot Lervisit, a project manager for Retractable Technologies, Inc., will testify about the following topics: Retractable's sales operations; Retractable's response to various notices and publications from the Office of the United States Trade Representative

("USTR"); Retractable's comments to the USTR; his reaction and interpretation of other comments filed with USTR; his communications with USTR and other government officials on behalf of Retractable; including the specific details provided in these requests and the rationale behind them; Retractable's role in supplying syringes during the COVID-19 pandemic; the consequences of the USTR's decisions on domestic syringe supply chain and manufacturing.

9. We anticipate that Michele Larios, Retractable's General Counsel *may* testify about the following topics: Retractable's regulatory environment; the impact of tariffs on Retractable's timeline to develop domestic manufacturing capabilities; and the challenges and timeframe involved in onshoring manufacturing and transitioning away from a Chinese supplier.

**Exhibits**

10. Retractable is designating the following Exhibits, which are filed as attachments to this document:

   a. Exhibit 1 – Comments filed with the USTR on May 9, 2018 by Thomas Shaw on behalf of Retractable concerning a proposed syringe and needle Section 301 tariff.

   b. Exhibit 2 – USTR's May 5, 2022 Notification to Representatives of Domestic Industries Benefitting in Connection with its Initiation of a Four Year Section 301 Statutory Review.

   c. Exhibit 3 – October 17, 2022 USTR Notice Seeking Comments Concerning the Section 301 Review.

   d. Exhibit 4 – March 7, 2024 USTR Request for Comments Related to an Inquiry for "Promoting Supply Chain Resilience."

e. Exhibit 5 - Becton Dickinson & Company ("BD")'s comments to USTR at docket USTR-2004-0002-0124 (Supply Chain).

f. Exhibit 6 - Transcript of USTR public hearing on supply chain resilience held May 2, 2024.

g. Exhibit 7 - USTR's May 14, 2024 Report to President Biden concerning its four-year statutory Section 301 tariff review.

h. Exhibit 8 - President Biden's May 14, 2024 Memorandum concerning new Section 301 tariffs.

i. Exhibit 9 - USTR's May 28, 2024 Notice and Request for Comments concerning the President's Memorandum and any increase in tariffs indicated therein.

j. Exhibit 10 - Retractable's June 4, 2024 comments to USTR regarding its Promoting Supply Chain Resilience inquiry.

k. Exhibit 11 - BD's June 28, 2024 comments to USTR concerning a rate advanced syringe and needle tariff.

l. Exhibit 12 - Retractable's June 28, 2024 comments to USTR concerning a syringe and needle tariffs.

m. Exhibit 13 - July 31, 2024 Letter to USTR from Georgia Senators concerning enteral syringe exemption.

n. Exhibit 14 - USTR's September 18, 2024 Notice of Modification of Tariffs.

o. Exhibit 15 - Retractable Purchase Orders for China imported syringes and needles post-dating the USTR's imposition of tariff.

p. Exhibit 16 - Retractable's Public Annual Financial Reports for the years 2019, 2020, 2021, 2022, and 2023.

q. Exhibit 17 – Retractable's Publicly Filed Quarterly Financial Reports for the first, second, and third quarters of 2024.

r. Exhibit 18 – Comments submitted to the USTR on 6/28/2024 by Retractable Customer Medline Industries, Inc. [https://comments.ustr.gov/s/commentdetails?rid=XM89HT9FCV]

s. Exhibit 19 – Comments submitted to the USTR on 6/28/2024 by American Health Care Association | National Center for Assisted Living (AHCA/NCAL).

[https://comments.ustr.gov/s/commentdetails?rid=XM89HT9FCV;

https://comments.ustr.gov/s/commentdetails?rid=XWK7RP4DGR]

t. Exhibit 20 – Marketing flyers of Syringes that Retractable proposes to bring to the hearing as demonstratives. Marketing flyers.

u. Exhibit 21 – Open purchase orders for syringes and needles from China.

Dated: October 9, 2024
New York, New York

Respectfully submitted,

| | |
|---|---|
| **ROMANO LAW PLLC** | **BARNES RICHARDSON & COLBURN, LLP** |
| By: /s/ Siddartha Rao | By: /s/ Lawrence Friedman |
|     Siddartha Rao |     Lawrence M. Friedman |
|     Danielle Yurkew | 303 East Wacker Drive Ste. 305 |
|     (admission pending) | Chicago, IL 60601 |
|     Curtis Fuller | Phone: (312) 297-9554 |
|     (admission pending) | Email: lfriedman@barnesrichardson.com |
| One Battery Park Plaza, 7th Floor | |
| New York, NY 10004 | |
| Phone: (212) 865-9848 | |
| Email: sid@romanolaw.com | *Local Counsel for Plaintiff* |
| | *Retractable Technologies, Inc.* |
| *Counsel for Plaintiff* | |
| *Retractable Technologies, Inc.* | |

**RETRACTABLE TECHNOLOGIES**

By: /s/ Woot Lervisit
    Woot Lervisit, Esq.
511 Lobo Lane
Little Elm, TX 75068-5295
Email: woot.lervisit@retractable.com
Phone: (972) 294-1010

*Internal Counsel for Plaintiff*
*Retractable Technologies, Inc.*