

UNITED STATES COURT OF INTERNATIONAL TRADE
ONE FEDERAL PLAZA
NEW YORK, NY 10278-0001

CHAMBERS OF
Claire R. Kelly
Judge

October 28, 2024

Siddartha Rao, Esq.
Curtis H. Fuller, Esq.
Lawrence M. Friedman, Esq.
Romano Law PLLC
One Battery Park Plaza
Ste 7th Floor
New York, NY 10004
Email:     sid@romanolaw.com
           curtis@romanolaw.com
           lfriedman@barnesrichardson.com

Emma E. Bond, Esq.
U.S. Department of Justice
Commercial Litigation Branch - Civil Division
P.O. Box 480
Ben Franklin Station
Washington, DC 20044
Email:     emma.e.bond@usdoj.gov

      Re:    *Retractable Technologies, Inc. v. United States et al*
            Court No. 24-00185

Dear Counsel:

     It is my intention to issue a public version of the Opinion and Order in the above-captioned proceeding on or shortly after Monday, November 4, 2024. The court has double-bracketed information that was designated as confidential in the underlying record. However, out of an abundance of caution, I would like you to review the Opinion and Order and inform the court by Friday, November 1, 2024 in writing, (1) whether any information not already in brackets is confidential and should be double-bracketed in the public version, or (2) whether any information already in brackets is not confidential and should not be double-bracketed in the public version. If you do believe any additional information should or should not be redacted from the public version, please state the basis for your belief.

Court No. 24-00185 Page **2** of **2**

Thank you for your assistance.

Sincerely,

/s/ Claire R. Kelly
Claire R. Kelly, Judge
