**UNITED STATES COURT OF INTERNATIONAL TRADE**

**BEFORE: CLAIRE R. KELLY**

```
-----------------------------------------------------------------X
RETRACTABLE TECHNOLOGIES, INC.,

                                        Plaintiff,

                        v.                              Court No. 24-00185

UNITED STATES OF AMERICA;                               PLAINTIFF'S NOTICE
OFFICE OF THE UNITED STATES TRADE                       OF INTENT TO
REPRESENTATIVE; KATHERINE TAI TRADE                     REQUEST REDACTION
REPRESENTATIVE; UNITED STATES CUSTOMS
& BORDER PROTECTION; TROY MILLER, in his
capacity as Senior Official Performing the Duties of
Commissioner, U.S. Customs & Border Protection,
                                        Defendants.
-----------------------------------------------------------------X
```

**NOTICE OF INTENT TO REQUEST REDACTION**

   Pursuant to Administrative Order No. 08-01, Plaintiff hereby gives notice of intent to submit a request for redaction of personal data identifiers from the transcript filed under Docket No. 52. The redaction request will be submitted to the court reporter no later than November 12, 2024.

Dated: October 28, 2024
New York, New York

                      Respectfully submitted,

| | |
|---|---|
| **ROMANO LAW PLLC** | **BARNES RICHARDSON & COLBURN, LLP** |
| By: */s/Siddartha Rao* | By: */s/Lawrence Friedman* |
|  Siddartha Rao |  Lawrence M. Friedman |
|  Danielle Yurkew | 303 East Wacker Drive Ste. 305 |
|  Curtis Fuller | Chicago, IL 60601 |
| One Battery Park Plaza, 7th Floor | Phone: (312) 297-9554 |
| New York, NY 10004 | Email: lfriedman@barnesrichardson.com |
| Phone: (212) 865-9848 | |
| Email: sid@romanolaw.com | |
| | |
| *Counsel for Plaintiff* | *Counsel for Plaintiff* |
| *Retractable Technologies, Inc.* | *Retractable Technologies, Inc.* |