## UNITED STATES COURT OF INTERNATIONAL TRADE

**BEFORE: CLAIRE R. KELLY**

-----------------------------------------------------------------X

RETRACTABLE TECHNOLOGIES, INC.,

                                        Plaintiff,

                      v.                                        **Court No. 24-00185**

UNITED STATES OF AMERICA;
OFFICE OF THE UNITED STATES TRADE
REPRESENTATIVE; KATHERINE TAI TRADE
REPRESENTATIVE; UNITED STATES CUSTOMS
& BORDER PROTECTION; TROY MILLER, in his
capacity as Senior Official Performing the Duties of
Commissioner, U.S. Customs & Border Protection,

                                        Defendants.

                                        **NOTICE OF DISMISSAL**

-----------------------------------------------------------------X

       **PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, hereby dismisses this action without prejudice.

Dated: January 7, 2025
New York, New York

Respectfully submitted,

| **ROMANO LAW PLLC** | **BARNES RICHARDSON & COLBURN, LLP** |
|---|---|
| By: /s/Siddartha Rao | By: /s/Lawrence Friedman |
|     Siddartha Rao |     Lawrence M. Friedman |
|     Danielle Yurkew | 303 East Wacker Drive Ste. 305 |
|     Curtis Fuller | Chicago, IL 60601 |
| One Battery Park Plaza, 7th Floor | Phone: (312) 297-9554 |
| New York, NY 10004 | Email: lfriedman@barnesrichardson.com |
| Phone: (212) 865-9848 | |
| Email: sid@romanolaw.com | |
| *Counsel for Plaintiff* | *Local Counsel for Plaintiff* |
| *Retractable Technologies, Inc.* | *Retractable Technologies, Inc.* |