UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE CLAIRE R. KELLY

------------------------------------------------------------------X
RETRACTABLE TECHNOLOGIES, INC.,

                                     Plaintiff,

                                    v.                                                           Court No. 24-00185

UNITED STATES OF AMERICA;
OFFICE OF THE UNITED STATES TRADE
REPRESENTATIVE; KATHERINE TAI TRADE
REPRESENTATIVE; UNITED STATES CUSTOMS
& BORDER PROTECTION; TROY MILLER, in his
capacity as Senior Official Performing the Duties of
Commissioner, U.S. Customs & Border Protection,

                                   Defendants.
------------------------------------------------------------------X

## **ORDER**

      Upon consideration of the Notice of Dismissal filed by Plaintiff Retractable Technologies, Inc., *see* ECF No. 73 (Jan. 7, 2025), it is hereby:

      ORDERED that this action be dismissed.

Dated: _____          _____
          New York, New York                               Deputy Clerk